```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/21/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

MISSELYS BELTRE GOMEZ,

                        Plaintiff,                         23-CV-10282 (SN)

        -against-                                     **ORDER**

PICK A BOO DAYCARE CORP. and
DANILSA REYES,

                        Defendants.

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      Having reviewed the proposed settlement, the Court determines that it is fair and reasonable pursuant to Cheeks v. Freeport Pancake House, 796 F.3d 199 (2d Cir. 2015). The settlement is APPROVED, and this action is DISMISSED with prejudice.

**SO ORDERED.**

                                                                        SARAH NETBURN
                                                                       United States Magistrate Judge

DATED:       June 21, 2024
                 New York, New York